# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00733-CV

**City of Austin, Appellant**

**v.**

**Garry Parker, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-06-000037, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss, explaining that the parties have executed a settlement agreement and intend to file a motion for non-suit in the trial court. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2). Costs will be paid by the party incurring them.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Appellant's Motion

Filed:   January 27, 2009